No. 83–560. EDWARDS ET AL. v. BECHTEL ASSOCIATES PROFESSIONAL CORP., D.C., ET AL. Ct. App. D. C. Certiorari denied.

No. 83–562. DEAN v. TRANS WORLD AIRLINES, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–564. HAWKINS ET AL. v. JNO. MCCALL COAL EXPORT CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–567. HESS v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 83–577. LIONTI ET AL. v. LLOYD'S INSURANCE CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–579. ELKINS v. BOARD OF LAW EXAMINERS OF NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 83–582. JONES ET UX. v. NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–604. SANDLIN v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 83–609. BLAIR ET AL. v. BOULGER. Sup. Ct. N. D. Certiorari denied.

No. 83–615. MARX v. CENTRAN CORP. ET AL. C. A. 6th Cir. Certiorari before judgment denied.

No. 83–627. WIGINTON v. VETERANS ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.

No. 83–642. STATE BANK OF ST. CHARLES, AS ADMINISTRATOR OF THE ESTATE OF WARD v. CAMIC ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–645. PAUL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.